1

2

3

4

5

6          **UNITED STATES DISTRICT COURT**

7              **DISTRICT OF NEVADA**

8   UNITED STATES OF AMERICA,                    )
                                                 )
9                    Plaintiff,                  )
                                                 )
10           v.                                  )          2:12-CR-015-RCJ-GWF
                                                 )
11  JOSHUA A. ADCOCK,                            )
                                                 )
12  _____Defendant._____ )

13          **PRELIMINARY ORDER OF FORFEITURE**

14          This Court finds that on February 6, 2012, defendant JOSHUA A. ADCOCK pled guilty to

15  a Two-Count Criminal Information charging him in Count One with Manufacture of a Controlled

16  Substance, in violation of Title 21, United States Code, Section 841(a)(1) and in Count Two with

17  Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1).

18  Docket #16, #18, #20.

19          This Court finds defendant JOSHUA A. ADCOCK agreed to the forfeiture of the property

20  set forth in Forfeiture Allegations of the Criminal Information and agreed to in the Plea

21  Memorandum. #16, #18, #20.

22          This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of

23  America has shown the requisite nexus between property set forth in the Forfeiture Allegations of

24  the Criminal Information and in the Plea Memorandum and the offenses to which defendant

25  JOSHUA A. ADCOCK pled guilty.

26  . . .

1    The following assets are subject to forfeiture pursuant to Title 18, United States Code,

2  Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c); Title 21,

3  United States Code, Section 853(a)(1) and (a)(2); and Title 21, United States Code, Section

4  881(a)(11) and Title 28, United States Code, Section 2461(c):

5        1. a Mossberg model 500A, 12 gauge shotgun with a pistol grip, bearing

6        serial number P389867;

7        2. a Winchester S-X 12 gauge, semi-automatic shotgun, bearing serial

8        number M61776;

9        3. a GAI VZ24, 8mm bolt action rifle with scope, bearing serial number

10        DR9606;

11        4. a Uberti, .357 caliber revolver, bearing serial number P09578;

12        5. a Glock Model 17, .9mm semi-automatic pistol (with magazine), bearing

13        serial number 676541;

14        6. a Glock Model 21, .45 caliber semi-automatic pistol, bearing serial

15        number NYE194;

16        7.a Taurus, .38 caliber, snub-nose revolver, bearing serial number PD60175;

17        and,

18        8. any and all ammunition ("property").

19    This Court finds the United States of America is now entitled to, and should, reduce the

20  aforementioned property to the possession of the United States of America.

21    NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

22  United States of America should seize the aforementioned property.

23    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of

24  JOSHUA A. ADCOCK  in the aforementioned property is forfeited and is vested in the United States

25  of America and shall be safely held by the United States of America until further order of the Court.

26  . . .

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

2  shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

3  website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state

4  the time under the applicable statute when a petition contesting the forfeiture must be filed, and state

5  the name and contact information for the government attorney to be served with the petition,

6  pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

7    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be

8  filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

9    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

10  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

11  following address at the time of filing:

12      Michael A. Humphreys
       Assistant United States Attorney
13      Daniel D. Hollingsworth
       Assistant United States Attorney
14      Nevada State Bar No. 1925
       Lloyd D. George United States Courthouse
15      333 Las Vegas Boulevard South, Suite 5000
       Las Vegas, Nevada 89101

16

17    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

18  need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

19  following publication of notice of seizure and intent to administratively forfeit the above-described

20  property.

21    DATED this __6th__ day of _____March_____ , 2012

22

23

24  _____
       UNITED STATES DISTRICT JUDGE
25

26

3